UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION
NO: 2:11-CR-00030-BR

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | ORDER |
| | ) | |
| JAMES HOWARD WINSLOW | ) | |

This matter is before the court on defendant's unopposed motion to continue sentencing and motion to seal the same. For good cause shown, the motion to continue is ALLOWED. Sentencing is CONTINUED to 2 April 2012. As no ground to justifying sealing is set forth in the motion nor is one evident in the motion to continue, the motion to seal is DENIED.

This 18 January 2012.

W. Earl Britt
Senior U.S. District Judge